MUSICK, PEELER & GARRETT LLP
LAWRENCE A. TABB (State Bar No. 141471)
*l.tabb@musickpeeler.com*
DANICA LAM (State Bar No. 266710)
*d.lam@musickpeeler.com*
333 South Hope Street
Suite 2900
Los Angeles, CA 90071
Telephone: 213.629.7797


CHOATE, HALL & STEWART LLP
Robert Kole *(pro hac vice)*
Caroline Trusty *(pro hac vice)*
rkole@choate.com
ctrusty@choate.com
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000

*Counsel for Plaintiffs Liberty Mutual Fire Insurance Company
and Liberty Insurance Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY INSURANCE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> LX HAUSYS AMERICA, INC. (formerly known as LG Hausys America, Inc.), <br><br> Defendants. | Case No.: 2:25-cv-07207 <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Judge: Hon. Christina A. Snyder <br> Magistrate Judge: Hon. Karen L. Stevenson <br><br> Date: March 23, 2026 <br> Time: 10:00 a.m. <br> Place: Zoom |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
- CASE NO.: 2:25-CV-07207**
1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 23, 2026 at 10:00 a.m., or as soon as thereafter as counsel may be heard, via Zoom, Plaintiffs Liberty Mutual Fire Insurance Company ("LM Fire") and Liberty Insurance Corporation ("LIC" and, collectively, "Liberty") will, and hereby do, move for judgment on the pleadings in the above-entitled action pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

Liberty seeks judgment declaring that Liberty has no duty to defend or indemnify LX Hausys America Inc. ("LX Hausys") as asserted in Count I and Count II of Liberty's Complaint For Declaratory Judgment in this action, Dkt. 1 ¶¶ 37-45, because LX Hausys' Answer to Liberty's Complaint provides no material dispute as to the facts alleged in the Complaint and fails to state a valid defense to Liberty's claims.  Liberty also seeks judgment dismissing LX Hausys' Counterclaims, Dkt. 23 ¶¶ 71-109, because LX Hausys has failed to adequately allege facts sufficient to state a claim upon which relief can be granted.  This motion is based upon this Notice, the Memorandum of Points and Authorities, the Request for Judicial Notice and exhibits thereto, the Declaration of Lisa Donohue and exhibits thereto, the Proposed Order, the complete files and records in this action, and any additional material and arguments as may be considered in connection with the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 18, 2025.  *See* Declaration of C. Trusty.

Dated:  January 12, 2026                    Respectfully submitted,


                                            /s/ Lawrence A. Tabb
                                            Lawrence A. Tabb
                                            *l.tabb@musickpeeler.com*
                                            Danica Lam
                                            *d.lam@musickpeeler.com*

– and –

CHOATE, HALL & STEWART LLP
Robert Kole *(pro hac vice)*
Caroline Trusty *(pro hac vice)*

*Attorneys for Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation*