MUSICK, PEELER & GARRETT LLP
LAWRENCE A. TABB (State Bar No. 141471)
*l.tabb@musickpeeler.com*
DANICA LAM (State Bar No. 266710)
*d.lam@musickpeeler.com*
333 South Hope Street
Suite 2900
Los Angeles, CA 90071
Telephone: (213) 629-7797


CHOATE, HALL & STEWART LLP
Robert Kole *(pro hac vice)*
Caroline Trusty *(pro hac vice)*
rkole@choate.com
ctrusty@choate.com
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000

*Counsel for Plaintiffs Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY INSURANCE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> LX HAUSYS AMERICA, INC. (formerly known as LG Hausys America, Inc.), <br><br> Defendants. | Case No.: 2:25-cv-07207 <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** <br><br> Judge: Hon. Christina A. Snyder <br> Magistrate Judge: Hon. Karen L. Stevenson <br><br> Date: March 23, 2026 <br> Time: 10:00 a.m. <br> Place: Zoom |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**
1

**TO THE COURT AND TO ALL PARTIES APPEARING IN THIS ACTION**:

Plaintiffs and Counterclaim Defendants Liberty Mutual Fire Insurance Company ("LM Fire") and Liberty Insurance Corporation ("LIC", collectively, "Liberty") respectfully request that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence Rule 201 in support of Liberty's Motion for Judgment on the Pleadings: (i) certified copies of the LM Fire and LIC insurance policies ("Liberty Policies") that are the subject of this action and which are attached to Liberty's separately filed Declaration of Lisa Donohue as Exhibits A-J; and (ii) the complaints filed in the underlying lawsuits referenced in Liberty's Complaint (the "Complaint"), LX Hausys' Answer and Counterclaims, and Liberty's Answer to LX Hausys' Counterclaims, attached as Exhibits 1-294 hereto.

## I.    The Liberty Policies

Under Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. It is well established that courts may take judicial notice of documents referenced and quoted in a complaint. *Quality Home Transp. v. Wilshire Ins. Co*., 2020 U.S. Dist. LEXIS 163336, at \*4 n.2 (C.D. Cal. May 15, 2020) (granting judicial notice of an insurance policy because "the insurance policy [was] referenced throughout the Complaint and is incorporated by reference"); *Am. v. Zinszer*, 2010 U.S. Dist. LEXIS 157124, at \*7-9 (C.D. Cal. Dec. 6, 2010) (noting that courts may "consider certain materials—documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice"). Moreover, exhibits to complaints are considered part of the complaint. Fed. R. Civ. P. 10(c) ("A copy of a written instrument that is an exhibit to a pleading is part of the pleading for all purposes.").

Here, the court may take judicial notice of the Liberty Policies because they are referenced in and form the basis of the Complaint. *Quality Home Transp.*, 2020 U.S. Dist. LEXIS 163336, at *2 n.1. Because the Liberty Policies were attached as exhibits to Liberty's Complaint, they should be considered part of the Complaint for purposes of Liberty's Motion for Judgment on the Pleadings. The Liberty Policies are attached as **Exhibits A-J** to the Declaration of Lisa Donohue. The following chart lists the Liberty Policies and identifies the corresponding exhibit letters:

| Liberty Policy | Exhibit |
|---|---|
| LM Fire primary commercial general liability policy for the period of August 1, 2009 to August 1, 2010, Policy No. TB2-651-289517-029. | **A** |
| LM Fire primary commercial general liability policy for the period of August 1, 2010 to August 1, 2011, Policy No. TB2-651-289517-020. | **B** |
| LM Fire umbrella commercial general liability policy for the period of August 1, 2009 to August 1, 2010, Policy No. TH2-651-289517-019. | **C** |
| LM Fire umbrella commercial general liability policy for the period of August 1, 2010 to August 1, 2011, Policy No. TH2-651-289517-010. | **D** |
| LIC umbrella commercial general liability policy for the period of August 1, 2011 to August 1, 2012, Policy No. TH7-651-289517-011. | **E** |
| LIC umbrella commercial general liability policy for the period of August 1, 2012 to August 1, 2013, Policy No. TH7-651-289517-012. | **F** |
| LIC umbrella commercial general liability policy for the period of August 1, 2013 to August 1, 2014, Policy No. TH7-651-289517-013. | **G** |
| LIC umbrella commercial general liability policy for the period of August 1, 2014 to August 1, 2015, Policy No. TH7-651-289517-014. | **H** |
| LIC umbrella commercial general liability policy for the period of August 1, 2015 to August 1, 2016, Policy No. TH7-651-289517-015. | **I** |

| | |
|---|---|
| LIC umbrella commercial general liability policy for the period of August 1, 2016 to August 1, 2017, Policy No. TH7-651-289517-016. | **J** |

## II.   The Underlying Lawsuits

The Court may take judicial notice of the complaints filed in the underlying lawsuits because they are matters of public record. *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (taking judicial notice of petition filed in related proceeding); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); *Wild Chang v. Farmers Ins. Co.*, 2023 U.S. Dist. LEXIS 120027, at *3 n.2 (C.D. Cal. July 12, 2023) (taking judicial notice of state court complaint).

The complaints in the underlying lawsuits are attached hereto as **Exhibits 1-294.** The chart below lists each case name, case number, venue, claim number, and exhibit number:

| Case | Exhibit |
|---|---|
| *Cesar Manuel Gomez Quiroz v. American Marble & Onyx Company, Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV01477 <br> Claim No. P 413-312137-01/2 | 1 |
| *Jorge Estrella-Moreno, et al. v. All Natural Stone Burlingame, Inc., et al.* <br> San Francisco Sup. Ct., Case No. CGC-23-605643 <br> Claim No. P413-310462 | 2 |
| *Daniel Morales Aguilar v. Alicante Surfaces Pvt. Ltd., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV20124 <br> Claim No. P 413-312118-01/2 | 3 |
| *Marlon Omar Martinez Avila, et al. v. Antolini Luigi & C. S.P.A., et al.* <br> Orange County Sup. Ct., Case No. 30-2024-01396482-CU-TT-CXC <br> Claim No. P 413-312162-01/0 | 4 |
| *Fernando Barajas-Salomon v. AKG Trading (USA), Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV01615 | 5 |

| | |
|---|---|
| Claim No. P 413-312167-01/9 | |
| *Jacob Boulware v. ABC Tile, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-614378<br>Claim No. P 413-312154-01/7 | **6** |
| *Jose Anibal Bustillo v. Antolini Luigi & C. S.P.A., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-614357<br>Claim No. P 413-312123-01/2 | **7** |
| *Fernando Bustos-Mondragon, et al. v. Antolini Luigi & CSPA, et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV01424<br>Claim No. P 413-312157-01/0 | **8** |
| *Fernando Valencia Cardenas, et al. v. All Natural Stone Burlingame, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-615696<br>Claim No. P413-312230-01 | **9** |
| *Julio Gomez Carrero v. Architectural Surfaces Group, LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV20969<br>Claim No. P 413-312159-01/6 | **10** |
| *Antonio Lopez Castillo v. Alicante Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV17052<br>Claim No. P 413-312163-01/8 | **11** |
| *Guillermo Mora De Los Santos v. 1605578 Ontario Inc., et al.*<br>Orange County Sup. Ct., Case No. 30-2024-01392209-CU-TT-CXC<br>Claim No. P 413-312165-01/3 | **12** |
| *Demetrio Luna-Reyes, et al. v. Architectural Surfaces, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV00238<br>Claim No. P413-310429 | **13** |
| *Juan Sanchez Diaz v. Aaroha Radiant Marble & Granite Slabs, et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV21824<br>Claim No. P 413-312112-01/5 | **14** |
| *Elio Enai Esquivel Rivera, et al. v. 405 Cabinets, Inc., et al.*<br>Orange County Sup. Ct., Case No. 30-2024-01413168-CU-TT-CXC<br>Claim No. P 413-312166-01/1 | **15** |
| *Charles Frank Evans v. Alicante Surfaces PVT, LTD, et al.*<br>Circuit Court of State of Oregon, Multnomah County, Case No. 24CV20629<br>Claim No. P413-310447 | **16** |
| *Kristian Ricardo Figueroa Lopez, et al. v. Architectural Surfaces Group, LLC* | **17** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| San Francisco Sup. Ct., Case No. CGC-24-611712<br>Claim No. P 413-312130-01/7 | |
| *Angel Gallegos-Botello, et al. v. Architectural Surfaces, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV06368<br>Claim No. P413-310456 | **18** |
| *Rodolfo Garcia-Rosas, et al. v. Architectural Surfaces, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 22STCV39957<br>Claim No. P413-310443 | **19** |
| *Adan Gomez-Rivera v. Adb Global Trade LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV01612<br>Claim No. P413-310425 | **20** |
| *Ana Gonzalez v. Adb Global Trade LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 21STCV06984<br>Claim No. P 413-312169-01/5 | **21** |
| *Alejandro Gonzalez-Castanon v. Alpha Tile and Stone, Inc., et al.*<br>Orange County Sup. Ct., Case No. 30-2024-01374472-CU-TT-CXC<br>Claim No. P 413-312120-01/8 | **22** |
| *Mynor Lopez-Gonzalez, et al. v. Alpha Tile & Stone, Inc., et al.*<br>Orange County Sup. Ct., Case No. 30-2023-01316441-CU-TT-CXC<br>Claim No. P413-310448 | **23** |
| *Jose Gutierrez-Rivero v. Alicante Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV21794<br>Claim No. P 413-312143-01/0 | **24** |
| *Tyler Jordan, et al. v. Arizona Tile, LLC, et al.*<br>District Court, Denver County, Colorado, Case No. 2024CV31180<br>Claim No. P413-310442 | **25** |
| *Jaime Maciel, et al. v. Alpha Tile and Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV12007<br>Claim No. P 413-312155-01/4 | **26** |
| *Jose Lumis Martir-Navarro, et al. v. Alpha Tile and Stone, Inc., et al.*<br>Orange County Sup. Ct., Case No. 30-2023-01370092-CU-TT-CXC<br>Claim No. P 413-312114-01/1 | **27** |
| *Andres Alatorre Medina, et al. v. Antolini Luigi & C. S.P.A. et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV10216<br>Claim No. P 413-312116-01/6 | **28** |
| *Martin Melendez-Murillo, et al. v. AKG Trading (USA), Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV08596<br>Claim No. P413-310450 | **29** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| *Jose Israel Menera-Servin, et al. v. 101 Granite Countertop LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV05591<br>Claim No. P 413-312125-01/7 | **30** |
| *Hugo A. Casteneda Merida, et al. v Agoura Hills Marble and Granite, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV11894<br>Claim No. P 413-312127-01/3 | **31** |
| *Arturo Montoya-Bautista, et al. v. Architectural Surfaces, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV11727<br>Claim No. P 413-312129-01/9 | **32** |
| *William Moz-Murcia v. Architectural Surfaces, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV06384<br>Claim No. P505-584071 | **33** |
| *Domingo Ojeda-Alverdin, et al. v. Agoura Hills Marble and Granite, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV31679<br>Claim No. P 413-312153-01/9 | **34** |
| *Oscar Alvarado Ortiz v. Architectural Surfaces, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV06568<br>Claim No. P413-310464 | **35** |
| *Jesus Zarate Perez, et al. v. Antolini Luigi & C. .S.P.A., et al.*<br>Orange County Sup. Ct., Case No. 30-2024-0146500-CU-TT-CXC<br>Claim No. P 413-312135-01/6 | **36** |
| *Pablo Antonio Rangel-Aguilar, et al. v. AMG Stone Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV19194<br>Claim No. P 413-312139-01/8 | **37** |
| *J. Guadalupe Reyes-Cuevas, et al. v. Alpha Tile & Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV00260<br>Claim No. P413-310438 | **38** |
| *Dennys Rene Rivas-Williams v. A & A Granite Marble, et al.*<br>Los Angeles Sup. Ct., Case No. 23STCV08523<br>Claim No. P413-310434 | **39** |
| *Jesus Aguilar Salmeron v AC Stone Group PTY Ltd., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-614256<br>Claim No. P 413-312142-01/2 | **40** |
| *Luis Miguel Puentes Sanchez, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV18692 | **41** |

| | |
|---|---|
| Claim No. P413-312289-01 | |
| *Leobardo Segura-Meza, et al. v. Agoura Hills Marble and Granite, Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 22STCV38729 <br> Claim No. P413-310329 – MASTER FILE <br>   P949-411782 | **42** |
| *Estaban Samora Serrano v. Antolini Luigi & C. S.P.A., et al.* <br> San Francisco Sup. Ct., Case No. CGC-24-614333 <br> Claim No. P 413-312134-01/9 | **43** |
| *Wendy Viridiana Solano-Claustro, et al. v. Adb Global Trade, LLC, et al.* <br> Los Angeles Sup. Ct., Case No. 23STCV11602 <br> Claim No. P505-584100 | **44** |
| *Jose Guadalupe Soto-Rodriguez, et al. v. AKG Trading (USA), Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 23STCV08440 <br> Claim No. P 413-312132-01/3 | **45** |
| *William Landa Verde v. Angel of Stone, Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV19012 <br> Claim No. P 413-312136-01/4 | **46** |
| *Fernando Antonio Acevedo v. Angel of Stone, Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV18847 <br> Claim No. P 413-312138-01/0 | **47** |
| *Jose Guadalupe Aguayo Castanon, et al. v. Antolini Luigi & C. S.P.A., et al.* <br> Orange County Sup. Ct., Case No. 30-2024-01420443-CU-TT-CXC <br> Claim No. P 413-312149-01/7 | **48** |
| *Olegario Torres Orozco, et al. v. Antolini Luigi & C. S.P.A., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV22677 <br> Claim No. P413-312201-01 | **49** |
| *Jose Luis Rosales Soria, et al. v. Architectural Surfaces Group, LLC, et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV22918 <br> Claim No. P413-312207-01 | **50** |
| *Didier Francisco Alvarez Soto, et al. v. Angel of Stone, Inc. et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV23021 <br> Claim No. P413-312544 | **51** |
| *Hugo Montoya Bautista, et al. v. AMG Stone Inc. et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV25416 | **52** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

8

| | |
|---|---|
| *Martin Angel De La Cruz Bazan, et al. v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct., Case No. 24STCV24107 | **53** |
| *Martin Cardona-Alcaraz, et al. v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 24STCV23567 | **54** |
| *Ismael Manzano Chavarria v Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 24STCV25222 | **55** |
| *Eleazar Resendiz Cortes, et al v. Antolini Luigi & C. S.P.A., et al* Los Angeles Sup. Ct., Case No. 24STCV25458 | **56** |
| *Gerinson Reyes Gonzalez, et al. v. Antolini Luigi & C .S.P.A., et al.* Los Angeles Sup. Ct., Case No. 24STCV25604 | **57** |
| *Rodolfo Hernandez Herrera, et al. v. Alicante Surfaces, PVT. LTD, et al.* Los Angeles Sup. Ct., Case No. 24STCV26071 | **58** |
| *Enrique Zarate Perez, et al. v. AC Stone Group, PTY LTD, et al.* Orange County Sup. Ct., Case No. 30-2024-01423007-CU-TT-CXC | **59** |
| *Fernando Salmeron Reyes, et al. v. ASN Natural Stone, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-24-617927 | **60** |
| *Fabiola Salmeron Reyes, et al. v. Integrated Resources Group, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-24-617972 | **61** |
| *Gerardo Reyes, et al. v. AMG Stone Inc., et al.* Los Angeles Sup. Ct., Case No. 24STCV24490 | **62** |
| *Eric Reyes-Barriga, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 24STCV25868 | **63** |
| *David Partida Rivas, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 24STCV26130 | **64** |
| *Evelin Liseth Gonzalez Rodriguez, et al. v. Architectural Surfaces Group LLC, et al.* Los Angeles Sup. Ct., Case No. 23STCV29755 | **65** |
| *Edgardo Ivan Quintanilla Turcios v. Alicante Surfaces PVT. LTD, et al.* Los Angeles Sup. Ct., Case No. 24STCV25867 | **66** |
| *Lorenzo Quintero Ruiz v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 24STCV24391 | **67** |
| *Fernando Abgrego Perez v. All Natural Stone Berkeley, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-24-619192 | **68** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| *Jose Alberto Gonzalez-Quiroz, et al. v. Antolini Luigi & C. S.P.A., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV28180 | **69** |
| *Jesus Garcia Ruiz, et al. v. All Natural Stone Burlingame, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-619264 | **70** |
| *Javier Rojas Solorzano, et al. v. Anaheim Stone Works, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV28667 | **71** |
| *Wilmer Eliser Ayala Hernandez v. Architectural Surfaces Group, LLC*<br>Los Angeles Sup. Ct., Case No. 24STCV28216 | **72** |
| *Tomas Blanco Maciel v. Abba Distributors, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV23289 | **73** |
| *Uriel Salamanca Lopez, et al. v. All Natural Stone Burlingame, Inc., et al.*<br>San Franscisco Sup. Ct., Case No. CGC-24-619618 | **74** |
| *Jose Luis Luna Reyes v. Architectural Surfaces Group, LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV29521 | **75** |
| *Alejandro Morales Sanchez, et al. v. Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV29059 | **76** |
| *Mitchell D. Boulware v. ABC Tile, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-619253 | **77** |
| *Claudia Yesenia Lopez Matias De Esquivel, et al. v. A&A Granite, et al.*<br>Orange County Sup. Ct., Case No. 30-2024-01435405-CU-TT-CXC | **78** |
| *Jose Hernan Solares, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.*<br>Orange County Sup. Ct., Case No. 30-2024-01436300-CU-TT-CXC | **79** |
| *Luis Arturo Magana Sanchez, et al. v. Antolini Luigi & C. S.P.A,. et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV28707 | **80** |
| *Dennis Alexis Guillen Guzman, et al. v. Angel of Stone, Inc. et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV31995 | **81** |
| *Adan Garcia Ortiz, et al.  v. All Natural Stone Burlingame, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-24-620023 | **82** |
| *David Olmedo Cruz v. A&A Granite & Quartz Countertops Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 24STCV31227 | **83** |

| | |
|---|---|
| *Karapet Shlaryan v. Antolini Luigi & C. S.P.A,. et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV30826 | **84** |
| *Rodolfo Sosa, et al. v. Angel of Stone, Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV32291 | **85** |
| *Edgar Andres Mendez Romero, et al. v. AC Stone Group Pty Ltd., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV30872 | **86** |
| *Jesus Ruben Garcia Olvera, et al. v. Antolini Luigi & C. S.P.A., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV30982 | **87** |
| *Bictor Reyes Anguiano v. Angel of Stone, Inc., et al.* <br> Orange County Sup. Ct., Case No. 30-2024-01436094-CU-TT-CXC | **88** |
| *Rodrigo Martinez, et al. v. Architectural Surfaces Group, LLC, et al.* <br> Orange County Sup. Ct., Case No. 30-2024-01439717-CU-TT-CXC | **89** |
| *Jonatan Manzano-Galindo, et al. v. AKG Trading (USA), Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV33164 | **90** |
| *Aramis Miguel Carmona Garizao v. Aaroha Radiant Marble & Granite Slabs, et al.* <br> Orange County Sup. Ct., Case No. 30-2024-01443735-CU-TT-CXC | **91** |
| *Juan Francisco Abarca Vejar, et al. v. Antolini Luigi & C. S.P.A, et al.* <br> Orange County Sup. Ct., Case No. 30-2024-01447403-CU-TT-CXC | **92** |
| *Eligio Morales Sanchez, et al. v. Antolini Luigi & C. S.P.A., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV32207 | **93** |
| *Manuel De Jesus Turcios Arevalo, et al. v. Angel of Stone, Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV33716 | **94** |
| *Marco Vinicio Godinez Gomez, et al. v. Antolini Luigi & C. S.P.A., et al.* <br> Los Angeles Sup. Ct., Case No. 25STCV01095 | **95** |
| *Filiberto Martinez Rodriguez, et al. v. AKG Trading (USA), Inc., et al.* <br> Los Angeles Sup. Ct., Case No. 25STCV00980 | **96** |
| *Ernesto Figueroa, et al. v. Architectural Surfaces Group, LLC, et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV01658 | **97** |
| *Jose Manuel Ruiz, et al. v. AC Stone Group Pty Ltd., et al.* <br> Los Angeles Sup. Ct., Case No. 24STCV25424 | **98** |
| *Isaias Maldonado Garcia, et al. v. Architectural Surfaces Group, LLC, et al.* | **99** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

11

| | |
|---|---|
| Los Angeles Sup. Ct., Case No. 24STCV33688 | |
| *Victor Torres Orozco, et al. v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct., Case No. 25STCV02326 | **100** |
| *Juan Manuel Sandoval v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV03223 | **101** |
| *Pedro Alamillo Santos, et al. v. A&A Granite & Quartz Countertops Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV03306 | **102** |
| *Ricardo Manzano Gomez, et al. v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 25STCV03892 | **103** |
| *Andres Noa Meza, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV03500 | **104** |
| *Esteban Hernandez Maravilla, et al. v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 25STCV03837 | **105** |
| *Rolando Sanchez Flores, et al. v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct., Case No. 25STCV02748 | **106** |
| *Floriberto Vazquez, et al. v. Architectural Surfaces Group, LLC, et al.* San Francisco Sup. Ct., Case No. CGC-25-622320 | **107** |
| *Luis Alonso Turcios, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV03744 | **108** |
| *Jose Francisco Andrade Pena v. All Natural Stone Burlingame, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-25-622393 | **109** |
| *Manuel de Jesus Cadenas Turcios v. Alicante Stone Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV03298 | **110** |
| *Jose Manuel Granados Castro, et al. v. All Natural Stone Berkeley, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-25-622324 | **111** |
| *Diego Granados Castro, et al. v. All Natural Stone Berkeley, Inc. et al.* San Francisco Sup. Ct., Case No. CGC-25-622131 | **112** |
| *Alejandro Vazquez, et al. v. Architectural Surfaces Group, LLC, et al.* San Francisco Sup. Ct., Case No. CGC-25-622389 | **113** |
| *Jose Estudillo Urrutia, et al. v. Architectural Surfaces Group, LLC, et al.* | **114** |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207

12

| | |
|---|---|
| Orange County Sup. Ct., Case No. 30-2025-01460607-CU-TT-CXC | |
| *Aldo Adrian Granados Castro, et al. v. All Natural Stone Berkeley, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-25-622365 | **115** |
| *Carlos Fernando Polanco Contreras v. Antolini Luigi & C. S.P.A., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV04011 | **116** |
| *Felipe Torres Hernandez v. Antolini Luigi & C. S.P.A., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV04195 | **117** |
| *Raymundo Cruz Martinez v. Antolini Luigi & C. S.P.A., et al.*<br>Orange County Sup. Ct., Case No. 30-2025-01465671-CU-TT-CXC | **118** |
| *Ricardo Manzano Galindo v. Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV06635 | **119** |
| *Diego Magana Caliz, et al. v. Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV05573 | **120** |
| *Marco Antonio Bermudez Ruiz, et al. v. Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV04297 | **121** |
| *Levi Dimas Gomez-Rodriguez v. AKG Trading (USA), Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV04388 | **122** |
| *Marvin Norberto Ipina, et al. v Aaroha Radiant Marble & Granite Slabs, et al.*<br>Orange County Sup. Ct., Case No. 30-2025-01460497-CU-TT-CXC | **123** |
| *Pablo Figueroa Zamora v. All Natural Stone Burlingame, Inc., et al.*<br>San Francisco Sup. Ct., Case No. CGC-25-622349 | **124** |
| *Maximino Sanchez-Flores, et al. v. Architectural Surfaces Group, LLC, et al.*<br>Orange County Sup. Ct., Case No. 30-2025-01469111-CU-TT-CXC | **125** |
| *Jose Luis Aguilera Zurita v. All Architectural Stone Corporation, et al.*<br>San Francisco Sup. Ct., Case No. CGC-25-622938 | **126** |
| *Joaquin Fernando Alvarado, et al. v. 405 Cabinets, Inc., et al.*<br>Orange County Sup. Ct., Case No. 30-2025-01460547-CU-TT-CXC | **127** |
| *Julio Mendez Reyes v. Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV03340 | **128** |
| *Gerardo Ramirez-Soriano, et al. v. Antolini Luigi & C. S.P.A., et al.*<br>Orange County Sup. Ct., Case No. 30-2024-01439369-CU-TT-CXC | **129** |
| *Gerardo Ocampo Rodriguez, et al. v. Architectural Surfaces Group, LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV07331 | **130** |

| | |
|---|---|
| *Julian Zalmeron Reyes v. All Natural Stone Berkeley, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-25-622444 | **131** |
| *Maria Estella Vazquez Ibarra, et al. v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 25STVC07802 | **132** |
| *Bautista Elisea Cortes, et al. v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct., Case No. 25STCV09524 | **133** |
| *Rodolfo Figuero, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV09840 | **134** |
| *Alejandro Contreras Lopez, et al. v. All Natural Stone Burlingame, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-25-623664 | **135** |
| *Crispin Jimenez Diaz v. Angel of Stone, Inc., et al.* Orange County Sup. Ct., Case No. 30-2025-01467550-CU-TT-CXC | **136** |
| *David Fuentes-Montes v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 25STCV09746 | **137** |
| *Victor Carlos Ortiz Martinez, et al. v. Antolini Luigi & C. S.P.A., et al.* Orange County Sup. Ct., Case No. 30-2025-01471589-CU-TT-CXC | **138** |
| *Jose Daniel Parral-Lopez v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV08404 | **139** |
| *Victor Manuel Martinez Rios, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.* Orange County Sup. Ct., Case No. 30-2025-01467451-CU-TT-CXC | **140** |
| *Ricky Jose Turcios v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV09641 | **141** |
| *Matias Garcia Martinez, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV09255 | **142** |
| *Juan Lopez Gomez v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV10354 | **143** |
| *Nicolas Torres Hernandez, et al. v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct., Case No. 25STCV09417 | **144** |
| *John Luis Magdaleno, et al. v. All Natural Stone Berkeley, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV10470 | **145** |
| *Enrique Gonzalez Ramirez, et al. v. Architectural Surfaces* Group, LLC, et al. Los Angeles Sup. Ct., Case No. 25STCV09431 | **146** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| *Mauricio Antonio Portillo Luna v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct., Case No. 25STCV10733 | **147** |
| *Jorge Dominguez, et al. v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV10770 | **148** |
| *Arturo Diaz Vazquez, et al. v. American Quartz Max Corp, et al.* Los Angeles Sup. Ct., Case No. 25STCV10688 | **149** |
| *Mario Chagolla Andrade v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 25STCV11410 | **150** |
| *Juan Clemente Nino Lopez v. Architectural Surfaces Group, LLC, et al.* Los Angeles Sup. Ct., Case No. 25STCV11293 | **151** |
| *Michael Mario Velasquez, et al. v. Architectural Surfaces Group, LLC, et al.* San Francisco Sup. Ct., Case No. CGC-25-624507 | **152** |
| *Francisco Alvarez Alvarado v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV11136 | **153** |
| *Angela Dee Fisher v. All Architectural Stone Corporation, et al.* San Francisco Sup. Ct., Case No. CGC-25-625179 | **154** |
| *Jose Luis Granados, et al. v. 3M Company, et al.* San Francisco Sup. Ct., Case No. CGC-25-625372 | **155** |
| *Pablo Gonzales Farfan v. All Natural Stone Berkeley, Inc., et al.* San Francisco Sup. Ct., Case No. CGC-25-625474 | **156** |
| *Joel Martinez Ordaz, et al. v. 3M Company, et al.* San Francisco Sup. Ct., Case No. CGC-25-625600 | **157** |
| *Gerardo Sanchez, et al. v. 3M Company, et al.* Orange County Sup. Ct., Case No. 30-2025-01482591-CU-TT-CXC | **158** |
| *Ricardo Nino Lopez, et al. v. Architectural Surfaces Group, LLC., et al.* Los Angeles Sup. Ct., Case No. 25STCV15872 | **159** |
| *Juan Gonzalez, et al. v. Aaroha Radiant Marble & Granite Slabs, et al.* Los Angeles Sup. Ct., Case No. 25STCV15553 | **160** |
| *Jose Raul Jimenez-Morquecho v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV15952 | **161** |
| *Celedonio Arroyo Solorzano, et al. v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV16011 | **162** |
| *Levi Dimas Gomez Rodriguez v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV15496 | **163** |

| *Fredy Gomez Aguilar v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV15846 | **164** |
|---|---|
| *Miguel Antonio Murcia Caravantes, et al. v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV16280 | **165** |
| *Eduardo Arreguin Magana v. 3M Company, et al. Los Angeles Sup. Ct., Case No. 25STCV16062* | **166** |
| *Domingo Cocoletzi Munoz v. Antolini Luigi & C. S.P.A., et al. Los Angeles Sup. Ct., Case No. 25STCV16329* | **167** |
| *Miguel Angel Lopez-Vazquez v. 3M Company, et al.* San Francisco Sup. Ct., Case No. CGC-25-626122 | **168** |
| *Jose Alexander Gomez, et al. v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV16327 | **169** |
| *Alejandro Sarabia-Ocampo v. Angel of Stone, Inc., et al.* Orange County Sup. Ct., Case No. 30-2025-01489973-CU-TT-CXC | **170** |
| *Francisco Javier Gonzalez Hernandez v. 3M Company, et al.* San Francisco Sup. Ct., Case No. CGC-25-626240 | **171** |
| *Roevel Alexander Martinez Avila, et al. v. 3M Company, et al.* Orange County Sup. Ct., Case No. 30-2025-01490094-CU-TT-CXC | **172** |
| *Jorge Luis Morales Valencia v. A Plus Building Supply Distributors, et al.* San Francisco Sup. Ct., Case No. CGC-25-626233 | **173** |
| *Oscar Lozano Rivera v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct., Case No. 25STCV11774 | **174** |
| *Erick Vilca Ttito, et al. and Roxana Bruno Pinto v. 3M Company, et al.* San Francisco Sup. Ct., Case No. CGC-25-626214 | **175** |
| *Omar Enrico Gonzalez Quiroz v. 3M Company, et al.* Los Angeles Sup. Ct., Case No. 25STCV17580 | **176** |
| *Gregorio Reyes Segundo v. Aaroha Radiant Marble & Granite Slabs, et al.* Los Angeles Sup. Ct., Case No. 25STCV17692 | **177** |
| *Elias Armando Hernandez Garcia v. 3M Company, et al.* San Diego Sup. Ct., Case No. 25CU034709C | **178** |
| *Israel Tafolla, et al. v. 3M Company, et al.* San Diego Sup. Ct., Case No. 25CU031832C | **179** |
| *Nicolas Fortino Sarabia Ocampo v. 3M Company, et al.* Orange County Sup. Ct., Case No. 30-2025-01491494-CU-TT-CXC | **180** |
| *Aaron Melo Hernandez, et al. v. 3M Company, et al.* San Diego Sup. Ct., Case No. 25CU032390C | **181** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| *Jesus Valdez Ornelas, et al. v. 3M Company, et al.*<br>San Diego Sup. Ct., Case No. 25CU034912C | **182** |
| *Guillermo Delgado Galan, et al. v. 3M Company, et al.*<br>San Diego Sup. Ct., Case No. 25CU033185C | **183** |
| *Wade B. Hanicker, II, et al., v. 4 Power Quartz Tampa LLC, et al.*<br>Hillsborough County Cir. Ct., Case No. 25-CA-005019 | **184** |
| *Victor Ulises Garcia Santana v. 3M Company, et al.*<br>San Diego Sup. Ct., Case No. 25CU034809C | **185** |
| *Dany Izquierdo, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV18784 | **186** |
| *Nabor Ramirez Diaz v. 3M Company, et al.*<br>San Diego Sup. Ct., Case No. 25CU035157C | **187** |
| *Edgar Taboada Mora v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV18867 | **188** |
| *Nolberto Salas-Arellano, et al. v. 3M Company, et al.*<br>Orange County Sup. Ct., Case No. 30-2025-01495061-CU-TT-CXC | **189** |
| *Pablo Eduardo Figueroa Ramirez v. 3M Company, et al.*<br>San Francisco Sup. Ct., Case No. CGC-25-626854 | **190** |
| *Jeffrey Wayne Rose, et al. v. Architectural Surfaces Group, LLC, et al.*<br>Jessamine Cir. Ct., Case No. 25-CI-00478 | **191** |
| *Jose Luis Morales Rodriguez v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21003 | **192** |
| *Jose Gomez, et al. v. Aetena Building Solutions, Inc., et al.*<br>Cook County, Cir. Ct., Case No. 2025L008418 | **193** |
| *Andres Torres Hernandez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV20670 | **194** |
| *Francisco Javier Cortes Carmona v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21004 | **195** |
| *Ruben Aguilar Mendez v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21386 | **196** |
| *Fernando Silverio Soto v. 3M Company, et al.*<br>Orange County Sup. Ct., Case No. 30-2025-01498157-CU-TT-CXC | **197** |
| *Cesar Cardona Alcaras, et al. v. Architectural Surfaces Group, LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV19181 | **198** |
| *Valdemar Soto Rivera v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV20694 | **199** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| *David Tanase v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21377 | **200** |
| *Arthur Sarkis Shlaryan v. Antolini Luigi & C. S.P.A. Architectural Surf. Group., LLC, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV14645 | **201** |
| *Sergio L. Tapia Sandoval, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV20680 | **202** |
| *Albino Tovar v. Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV15892 | **203** |
| *Roberto Salvador Sanchez Ambriz, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21383 | **204** |
| *Marco Vinicio Godinez Gomez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 30-2025-01498952-CU-TT-CXC | **205** |
| *Eduardo Barba-Mendoza, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21469 | **206** |
| *Juan Carlos Sanchez Baez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV20644 | **207** |
| *Nerys Alexander Gomez Mendoza, et al. v.  Angel of Stone, Inc., et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21465 | **208** |
| *Pascual Perez Rodriguez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21486 | **209** |
| *Elder E. Ramos Morales, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV22685 | **210** |
| *Manuel Lopez Moraza v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21475 | **211** |
| *Jorge Sergio Figueroa De La Rosa, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21712 | **212** |
| *Hugo Sanchez Miramontes v. 3M Company, et al.*<br>Los Angeles Sup. Ct., Case No. 25STCV21713 | **213** |
| *Alvaro Avila Mora, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25CU039545C | **214** |
| *Cristino Roque Victoriano, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV22715 | **215** |
| *Juan Pedro Alamillo Balderas v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV22724 | **216** |
| *Rodolfo Contreras Arispe, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23248 | **217** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**
18

| | |
|---|---|
| *Raul Salas Lopez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23013 | **218** |
| *Hugo Fernando Alvarez Rosales, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23297 | **219** |
| *Jose Manuel Cienfuegos Menjivar v. Antolini Luigi & C.S.P.A., et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV22817 | **220** |
| *Salvador Rodriguez v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV22720 | **221** |
| *Eriberto Ramirez v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23464 | **222** |
| *Silvano Bernal-Sanchez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV22495 | **223** |
| *Jesus Manuel Cabrera Peralta, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23409 | **224** |
| *Alejandro Villafana v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV22948 | **225** |
| *Ronald Venner De Leon v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23024 | **226** |
| *Hector Antonio Lozano Ruiz v. American Quartz Max Corp, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23043 | **227** |
| *Brisio Andrade Pena, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. CGC-25-628188 | **228** |
| *Edgardo Salazar Alvarez v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV24404 | **229** |
| *Serafin De La Torre Munoz v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV24156 | **230** |
| *Adrian Lopez Vasquez v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV25300 | **231** |
| *Miguel Antonio Reyes Mira v. 3M Company, et al.*<br>San Francisco Sup. Ct. Case No. CGC-25-628573 | **232** |
| *Jorge Rosabel Velazquez Perez, et al. v. Architectural Surfaces Group, LLC, et al.*<br>Eighth Judicial District Court, Clark County, Nevada, Case No. A-25-925787-C | **233** |
| *Rigoberto Gonzalez Gonzalez, et al. v. 3M Company, et al.*<br>Los Angeles Sup. Ct. Case No. 25STCV23369 | **234** |
| *Humberto Garcia-Ruiz, et al. v. 3M Company, et al.*<br>San Francisco Sup. Ct. Case No. CGC-25-628555 | **235** |

| | |
|---|---|
| *Jacinto Soria Suarez, et al. v. 3M Company, et al.* San Francisco Sup. Ct. Case No. CGC-25-629289 | **236** |
| *Sarvelio De Jesus Magana Vasquez v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV27591 | **237** |
| *Jose Cruz Esparza Lopez v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV26255 | **238** |
| *Julio Cesar Huachaca Chavez v. A Plus Building Supply Distributors Inc., et al.* San Francisco Sup. Ct. Case No. CGC-25-629290 | **239** |
| *Antonio Vargas Guzman, et al. v. 2M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV27605 | **240** |
| *Julio Edgardo Cabrera, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV28922 | **241** |
| *Francisco Javier Mata Palafox, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV28779 | **242** |
| *Jesus Martinez Ceron, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29021 | **243** |
| *Daniel Angel Garcia Solar v. 405 Cabinets, Inc., et al.* Los Angeles Sup. Ct. Case No. 25STCV24601 | **244** |
| *Jose Olegario Uribe Zatarain, et al. v. AC Stone Group PTY LTD, et al.* Los Angeles Sup. Ct. Case No. 25STCV23724 | **245** |
| *Luis Angel Alcala De La Cruz, et al. v. Antolini Luigi & C. S.P.A., et al.* Los Angeles Sup. Ct. Case No. 25STCV28205 | **246** |
| *Placido Coronado Aquino v. A 1 Granite + Stone Inc, et al.* Los Angeles Sup. Ct. Case No. 25STCV23206 | **247** |
| *Victor Contreras Arizpe, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29671 | **248** |
| *Flavio Enrique Mateos Cruz v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29229 | **249** |
| *Facundo Contreras Garcia v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV28880 | **250** |
| *Rodrigo Torres Cruz v. Angel of Stone, Inc., et al.* Los Angeles Sup. Ct. Case No. 25STCV17361 | **251** |
| *Sergio Israel Consuelos Ibarra v. All Natural Stone Design, Inc.* Los Angeles Sup. Ct. Case No. 25STCV13447 | **252** |
| *Carlos Delfino Sarabia Ocampo v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29762 | **253** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**

| | |
|---|---|
| *Dewey Wolfersperger v. Architectural Surfaces Group, LLC* <br> Oregon Circuit Court, Multnomah County, Case No. 25CV52939 | **254** |
| *Liborio Rivera Zarco, et al. v. 3M Company, et al.* <br> San Francisco Sup. Ct. Case No. CGC-25-630007 | **255** |
| *Eleuterio Contreras Arispe v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29409 | **256** |
| *Gerardo Leandro Ponce v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29488 | **257** |
| *Carlos Alberto Fuentes Oliva, et al. v. 3M Company, et al.* <br> San Francisco Sup. Ct. Case No. CGC-25-629830 | **258** |
| *Felipe Lozano, et al. v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV28882 | **259** |
| *Domingo Antonio Hernandez Palacios v. 3M Company, et al.* <br> San Francisco Sup. Ct. Case No. CGC-25-629948 | **260** |
| *Calett Enrique Tafolla-Cetina v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25CU054535C | **261** |
| *Arnulfo Duque Medina v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29882 | **262** |
| *Jose Luis Sanchez Ambriz, et al. v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29699 | **263** |
| *Adrian Franco Perez Trinidad v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29734 | **264** |
| *Selvin Toninio Alvarez Gomez v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV28771 | **265** |
| *Demetrio Martinez Velez v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29837 | **266** |
| *Florencio Duran-Hernandez v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29889 | **267** |
| *Juan Carlos Martinez Martinez, et al. v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29878 | **268** |
| *Manuel Antonio Rojas Magana v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29726 | **269** |
| *Salvador Antonio Hernandez Lezama, et al. v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29003 | **270** |
| *Walter G. Cabrera Martinez, et al. v. 3M Company et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV28973 | **271** |
| *Eduardo Esparza-Lopez, et al. v. 3M Company, et al.* <br> Los Angeles Sup. Ct. Case No. 25STCV29372 | **272** |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS - CASE NO.: 2:25-CV-07207**
21

| | |
|---|---|
| *Johnathan Lopez Gonzalez v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29422 | **273** |
| *Antonio Gonzalez v. Aaroha Radiant Marble & Granite Slab, et al.* Los Angeles Sup. Ct. Case No. 25STCV23354 | **274** |
| *Skyler Allen Rose v. Architectural Surfaces Group, LLC, et al.* Kentucky County, Jessamine Circuit Court, Div. No. 1, Case No. 25-CI-00775 | **275** |
| *Marco Tulio Urbina Chavez, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29722 | **276** |
| *Rafael Hernandez Rios, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29709 | **277** |
| *Jaime Alfredo Montoya Luna v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV29887 | **278** |
| *Raul Perez Martinez v. A 1 Granite & Stone, Inc., et al.* Los Angeles Sup. Ct. Case No. 25STCV21971 | **279** |
| *Aurelio Silverio Francisco v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV31105 | **280** |
| *Jose Ivan Ayala Ochoa, et al. v. 3M Company, et al.* San Francisco Sup. Ct. Case No. CGC-25-630739 | **281** |
| *Jose Alfredo Dominguez Gonzalez v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV31942 | **282** |
| *Maximiliano Morales Pulido v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV31909 | **283** |
| *Arturo Ramirez Soriano, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32073 | **284** |
| *Moises Espino, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32112 | **285** |
| *Isaac Lopez Hernandez, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32241 | **286** |
| *Felix Escobar Mena v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32961 | **287** |
| *Salvador Hernandez Contreras, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32071 | **288** |
| *Julio Rafael Carranza Jerez, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32299 | **289** |
| *Eddie Hernan Higueros Urbina, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV33368 | **290** |
| *Frederick Martinez v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32114 | **291** |

| *Octavio Anguiano Herrera, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV33631 | **292** |
| *Salvador Manuel Garcia Garcia v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32424 | **293** |
| *Eliseo Mozamaya, et al. v. 3M Company, et al.* Los Angeles Sup. Ct. Case No. 25STCV32840 | **294** |

## CONCLUSION

For the foregoing reasons, Liberty respectfully requests that the Court take judicial notice of the existence of the above-referenced documents in connection with Liberty's Motion for Judgment on the Pleadings.

Dated: January 12, 2026            Respectfully submitted,


/s/ Lawrence A. Tabb
Lawrence A. Tabb
*l.tabb@musickpeeler.com*
Danica Lam
*d.lam@musickpeeler.com*


– and –


CHOATE, HALL & STEWART LLP
Robert Kole *(pro hac vice)*
Caroline Trusty *(pro hac vice)*
rkole@choate.com
ctrusty@choate.com

*Attorneys for Liberty Mutual Fire Insurance Company and Liberty Insurance Corporation*